**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**WICHITA COURTHOUSE**

| | | |
|---|---|---|
| KRYSTAL BEGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 6:09-cv-01345-MLB-DWB |
| | ) | |
| | ) | |
| ROUTHMEIR STERLING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, KRYSTAL BEGGS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  January 29, 2010                    KROHN & MOSS, LTD.

                                                  By:     /s/ Patrick Cuezze
                                                       Patrick Cuezze
                                                       KROHN & MOSS, LTD.
                                                       Attorney for Plaintiff
                                                     120 W. Madison St., 10th Fl.
                                                     Chicago, Illinois 60602
                                                     (312) 578-9428