# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# WICHITA COURTHOUSE

| | |
|---|---|
| KRYSTAL BEGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 6:09-cv-01345-MLB-DWB ) ) |
| ROUTHMEIR STERLING, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL**

KRYSTAL BEGGS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ROUTHMEIR STERLING, INC. (Defendant), in this case.

DATED:  March 12, 2010        KROHN & MOSS, LTD.

By:_____/s/ Patrick Cuezze
[ ] Patrick Cuezze
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025